Opinion issued June 7, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00012-CV

———————————

SONIA
FOSTER, Appellant

V.

NONYELUM OZONOH, Appellee



 



 

On Appeal from the 257th District Court 

Harris County, Texas



Trial Court Cause No. 2011-54135

 



MEMORANDUM OPINION

This is an appeal from the trial court’s judgment
signed November 29, 2011.  Appellant has
filed a motion to dismiss the appeal.   See Tex. R. App. P. 42.1(a)(1).  No opinion has
issued.  

Accordingly, we grant the motion and dismiss the
appeal.  See id.  We dismiss all other
pending motions as moot.  

PER CURIAM

Panel
consists of Justices Bland, Massengale, and Brown.